JOSEPH HELMAN, an Infant, by JOHN HELMAN, His Guardian ad Litem, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Negligence — railroads — carriers — collision between two cars of defendant railroad — action by passenger to recover for injuries received.*

*Helman* v. *International Ry. Co.*, 214 App. Div. 763, affirmed.

(Argued March 2, 1926; decided April 7, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 27, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The injuries were sustained as the result of a collision between two cars of defendant, in one of which plaintiff was riding as a passenger Defendant admitted liability and the only issue tried and submitted to the jury was that of damages.

*Noel S. Symons, John J. K. Caskie* and *Raymond C. Vaughan* for appellant.

*William J. Flynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., MCLAUGHLIN and CRANE, JJ., on ground of errors in charge.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER J. SALMON, Appellant.

*Crimes — violation of Labor Law — failure to install water closet as directed by State Industrial Commission.*

*People* v. *Salmon*, 206 App. Div. 749, affirmed.

(Submitted March 3, 1926; decided April 7, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1923, which affirmed a judgment of a Court of Special Sessions of the city of New York convicting the defendant of a violation of the Labor Law in that

he failed to obey the following order of the State Industrial Commission: " You are hereby directed to comply with the following requirements of law (Chap. 36, Laws of 1909, as amended) in the building located at No. 1 W. 42nd St., in the City and County of New York, Borough of Manhattan, now used for Shaw's Jewelry Shop purposes and which you are the owner:

" 1. Provide a suitable water closet, to be constructed, lighted and ventilated, according to the provisions of the Industrial Code."

*Walter H. Bond* for appellant.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J. Absent: CARDOZO, J.

---

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Appellant.

SECOND RUSSIAN INSURANCE COMPANY, Respondent.

*Appeal — order of Appellate Division denying motion to dismiss appeal thereto — appeal to Court of Appeals dismissed.*

*Matter of People (Second Russ. Ins. Co.)*, 215 App. Div. 801, appeal dismissed.

(Argued March 29, 1926; decided April 7, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1926, which denied a motion to dismiss the appeal of the Second Russian Insurance Company to that court from an order directing its liquidation.

*Albert Ottinger, Attorney-General (Clarence C. Fowler,* and *Joseph C. H. Flynn* of counsel), for appellant.

*Hervey J. Drake* and *Wendell P. Barker* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.